**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Ashley Karen Begay,<br><br>　　　　Defendant. | 09-04349MP-001-PCT-MEA<br><br>**ORDER** |

　　　The defendant appeared in court with counsel. The defendant's probable cause hearing was submitted on January 27, 2011 and detention hearing was held on January 31, 2011 by defendant through defense counsel.  The Court finds probable cause to believe the defendant violated the terms of her supervised probation as set forth in of the petition.

　　　IT IS ORDERED that the defendant shall be released from federal custody.

　　　IT IS FURTHER ORDERED that the defendant is released on previously ordered probation conditions with the addition that she not consume or possess any alcohol and is subject to alcohol and drug testing at the discretion of the probation officer.

　　　DATED this 31st day of January, 2011.

_____
Mark E. Aspey
United States Magistrate Judge